Geoffrey M. Faust (SBN 93738)
P.O. Box 751
Clayton, CA 94517
(925) 673-1988

Attorney for plaintiff and cross-defendant


MARK J. RICE (SBN 124934)
MCNEIL, SILVEIRA, RICE, WILEY & WEST
55 Professional Center Parkway, Suite A
San Rafael, CA  94903
Telephone:    (415) 472-3434
Facsimile:    (415) 472-1298

Attorneys for defendants and cross-complainants


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Robin Roderick,<br><br>        Plaintiff,<br><br>    vs.<br><br>Mazzetti & Associates, Inc., Walter Vernon,<br>Albert Ostroy and Angelica Graham,<br><br>        Defendants,<br><br>and related cross-action | Case No.:  C04 2436 MHP<br><br>Dismissal with prejudice by stipulation of all parties (Federal Rule of Civil Procedure 41(a)(1)(ii)) |

   All the parties to this action, by and through their respective attorneys of record, stipulate that the entire action may be dismissed with prejudice. Each party is to bear his, her or its own costs.

1   Dated: August 16, 2007

*Geoffrey Faust* (signature)
Geoffrey Faust
Attorney for Plaintiff and cross-defendant
Robin Roderick

Dated: August 20, 2007

*Mark J. Rice* (signature)
Mark J. Rice
Attorney for defendants and cross-complainant Mazzetti & Associates, Inc., Walter Vernon, Albert Ostroy and Angelica Graham

## DISMISSAL

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

September 11, 2007
Dated: ~~August~~ ____, 2007

Honorable Marilyn H. Patel
Judge of the United States District Court

**IT IS SO ORDERED**
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

---

Dismissal with prejudice by stipulation of all parties (Federal Rule of Civil Procedure 41(a)(1)(ii))

C04 2436 MHP

2